IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:22-CV-01840-K
2. Style of case: JASON WALTERS V. EXEL, INC. D/B/A DHL SUPPLY CHAIN
3. Nature of suit: Employment
4. Method of ADR used:   ☑ Mediation       ☐ Mini-Trial       ☐ Summary Jury Trial
5. Date ADR session was held: 8/14/2023
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.              ☐ Settled, in part, as result of ADR
    ☐ Settled as a result of ADR.                    **XX Parties were unable to reach settlement.**
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1800.00
8. Duration of ADR: Half Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass , Mediator            Theanna Bezney, Esq.-Defendant
    Jason Walters -Plaintiff                Andrew Etter – Defendant's Rep.
    Harry Bob Whitehurst, Esq.-Plaintiff

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                                             August 14, 2023
Signature                                                        Date


12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                          Telephone

**Harry Bob Whitehurst, Esq.**
Whitehurst & Whitehurst
5380 Old Bullard Road
Suite 600-363
Tyler, TX  75703
(903) 593-5588
(214) 853-9382

**Theanna Bezney, Esq.**
Fisher & Phillips LLP
500 N. Akard Street
Suite 3550
Dallas, TX  75201
(214) 220-9100
(214) 220-9122