IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON WALTERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-01840-C |
| | § | |
| EXEL, INC. D/B/A DHL SUPPLY CHAIN, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT MEDIATION REPORT

Pursuant to the Court's Electronic Order issued June 7, 2023 [Doc. #34], Plaintiff Jason Walters and Defendant Exel Inc. d/b/a DHL Supply Chain (together, the "**Parties**"), hereby notify the Court they participated in mediation in good faith but were ultimately unable to reach an agreed resolution. There are currently no settlement negotiations ongoing at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Bob Whitehurst* <br> Bob Whitehurst <br> Texas Bar No. 21358100 <br> WHITEHURST & WHITEHURST <br> 5380 Old Bullard Road, Suite 600, #363 <br> Tyler, TX 75703 <br> Tel: (903) 593-5588 <br> *whitehurstlawfirm@yahoo.com* <br><br> Donald E. Uloth <br> LAW OFFICE OF DONALD E. ULOTH <br> 18208 Preston Road, Suite D-9 #261 <br> Dallas, TX 75252 <br> Phone: (214) 989-4396 <br> *don.uloth@uloth.pro* <br><br> **COUNSEL FOR PLAINITFF** <br> **JASON WALTERS** | */s/ Theanna Bezney* <br> Annie Lau <br> Texas Bar No. 24057723 <br> Theanna Bezney <br> Texas Bar No. 24089243 <br> FISHER & PHILLIPS LLP <br> 500 North Akard Street, Suite 3550 <br> Dallas, Texas 75201 <br> Telephone: (214) 220-9100 <br> *alau@fisherphillips.com* <br> *tbezney@fisherphillips.com* <br><br> **COUNSEL FOR DEFENDANT** <br> **EXEL INC. d/b/a DHL SUPPLY CHAIN** |