IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JASON WALTERS
    PLAINTIFF

vs.                                             CIVIL ACTION 3:22-cv-01840-C
                                                       JURY REQUESTED

EXEL, INC. D/B/A
DBA DHL SUPPLY CHAIN
    DEFENDANT

## PLAINTIFF'S RULE 26(A)(2) DISCLOSURE OF EXPERT TESTIMONY

TO: EXEL, INC. D/B/A DHL SUPPLY CHAIN, by and through their attorney of record, Ms. Annie Lau, Fisher & Phillips, LLP., 500 North Akard Street, Suite 3550, Dallas, Texas 75201, alambert@fisherphillips.com

      COMES NOW, Plaintiff JASON WALTERS in the above-entitled and numbered cause, and makes this his Disclosure of Expert Testimony as required by Federal Rules of Civil Procedure 26(a)(2) and this court's prior order.

I. Retained Expert

Bob Whiteurst
Attorney at Law
5380 Old Bullard Road
Suite 600, #363
Tyler, Texas 75703

Will testify as to attorney fees incurred in the case currently before the court, if Plaintiff is successful in claims brought against the defendant. Said attorney fees were reasonable and necessary as a result of said claims.

Don E. Uloth
Attorney at Law
18208 Preston Road, Suite D-9 #261
Dallas, Texas 75252

Will testify as to attorney fees incurred in the case currently before the court, if Plaintiff is successful in claims brought against the defendant.   Said attorney fees were reasonable and necessary as a result of said claims.

                                    Respectfully submitted,

                                    _/S/_____
                                    Bob Whitehurst
                                    State Bar No. 21358100
                                    Bob Whitehurst
                                    5380 Old Bullard Road
                                    Suite 600, #363
                                    Tyler, Texas 75703
                                    (903)593-5588
                                    (214)853-9382

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the attorney's of record in accordance with the applicable Rules of Civil Procedure on this 24h day of November, 2023

*Bob Whitehurst*
      Bob Whitehurst

Theanna Bezney
Texas Bar No. 24089243
*tbezney@fisherphillips.com*
FISHER & PHILLIPS LLP
500 North Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122

Ms. Annie Lau
 Fisher & Phillips, LLP.,
500 North Akard Street
 Suite 3550, Dallas, Texas 75201,
*alambert@fisherphillips.com*