IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON WALTERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-01840-K |
| | § | |
| EXEL, INC. D/B/A DHL SUPPLY CHAIN, | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Exel Inc. d/b/a DHL Supply Chain ("**Defendant**"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, moves this Court for entry of summary judgment in its favor on the claims alleged against it by Plaintiff Jason Walters ("**Plaintiff**").

Defendant will address each of the requirements of Local Rule 56.3 in its Brief in Support of this Motion.

WHEREFORE, Defendant respectfully prays that this Court:

1. Grant this Motion because there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law with respect to all of Plaintiff's claims;

2. Enter final judgment in Defendant's favor for each of Plaintiff's claims;

3. Award Defendant its reasonable and necessary attorneys' fees incurred in connection with defending against claims and contentions not supported by existing facts or law; and

4. Award Defendant its costs and such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/ Annie Lau*
Annie Lau
Texas Bar No. 24057723
FISHER & PHILLIPS LLP
500 N. Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*alau@fisherphillips.com*

**COUNSEL FOR DEFENDANT**
**EXEL INC. d/b/a DHL SUPPLY CHAIN**

## CERTIFICATE OF SERVICE

On the 16th day of February, 2024, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the Court's Electronic Case Filing system. I hereby certify that I have served the document on all counsel of record by a manner authorized by FED. R. CIV. P. 5 (b)(2).

Bob Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, TX 75703
*whitehurstlawfirm@yahoo.com*

Donald E. Uloth
LAW OFFICE OF DONALD E. ULOTH
18208 Preston Road, Suite D-9 #261
Dallas, TX 75252
*don.uloth@uloth.pro*

*/s/ Annie Lau*
Annie Lau