IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**JASON WALTERS**
**Plaintiff**

vs.  CIVIL ACTION 3:22-cv-01840-C
  JURY REQUESTED

**EXEL, INC. D/B/A**
**DHL SUPPLY CHAIN**
**Defendant**

### PLAINTIFF'S OPPOSING RESPONSE TO DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

Plaintiff Jason Walters hereby responds, opposing Defendant's motion for summary judgment.

The matters required by Local Rule 56.4(a) are set forth in the supporting brief filed along with this response, and an appendix containing the material supporting this motion and brief is being filed separately.

Respectfully submitted,

_/S/_____
Bob Whitehurst
State Bar No. 21358100
Bob Whitehurst
5380 Old Bullard Road
Suite 600, #363
Tyler, Texas 75703
(903)593-5588
(214)853-9382

CERTIFICATE OF SERVICE

  The undersigned certifies that a true and correct copy of the foregoing instrument was served upon the attorney's of record in accordance with the applicable Rules of Civil Procedure on this 5th day of March, 2024

*Bob Whitehurst*
Bob Whitehurst

Annie Lau
Texas Bar No. 24057723
FISHER & PHILLIPS LLP
500 N. Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*alau@fisherphillips.com*

Theanna Bezney
Texas Bar No. 24089243
*tbezney@fisherphillips.com*
FISHER & PHILLIPS LLP
500 North Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122