IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON WALTERS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-cv-01840-K |
| EXEL, INC. D/B/A DHL SUPPLY CHAIN, | § § § | |
| *Defendant*. | § § | |

## APPENDIX IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S INADMISSIBLE SUMMARY JUDGMENT EVIDENCE

**APP**

Excerpts from Transcript of Eartis Shaw Deposition, April 11, 2023 ................................. 001-009

Respectfully submitted,

*/s/ Annie Lau*
Annie Lau
Texas Bar No. 24057723
Fisher & Phillips LLP
500 N. Akard Street, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
alau@fisherphillips.com

**COUNSEL FOR DEFENDANT
EXEL INC. d/b/a DHL SUPPLY CHAIN**

## CERTIFICATE OF SERVICE

On the 19th day of March, 2024, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the Court's Electronic Case Filing system. I hereby certify that I have served the document on all counsel of record by a manner authorized by FED. R. CIV. P. 5 (b)(2).

>Bob Whitehurst
>5380 Old Bullard Road, Suite 600, #363
>Tyler, TX 75703
>*whitehurstlawfirm@yahoo.com*
>
>Donald E. Uloth
>LAW OFFICE OF DONALD E. ULOTH
>18208 Preston Road, Suite D-9 #261
>Dallas, TX 75252
>*don.uloth@uloth.pro*

>*/s/ Annie Lau*
>Annie Lau

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
 2                     DALLAS DIVISION

 3   JASON WALTERS                )
                                  )
 4   vs.                          )  CIVIL ACTION
                                  )  3:22-cv-01840-C
 5                                )  JURY REQUESTED
     EXEL, INC. D/B/A             )
 6   DHL SUPPLY CHAIN             )

 7

 8

 9
                        ORAL DEPOSITION OF
10                          EARTIS SHAW
                     THURSDAY, APRIL 13, 2023
11                    11:25 A.M. - 2:23 P.M.

12

13

14

15       ORAL DEPOSITION OF EARTIS SHAW, produced as a

16   witness at the instance of the Plaintiff, and duly

17   sworn, was taken in the above-styled and -numbered

18   cause on the 13th day of April, 2023, from 11:25 a.m.

19   to 2:23 p.m., before Maribel Torres, Certified

20   Shorthand Reporter in and for the State of Texas,

21   reported by computerized stenotype machine at the law

22   offices of Fisher Phillips, LLP, 500 North Akard

23   Street, Suite 3550, Dallas, Texas, pursuant to the

24   Federal Rules of Civil Procedure and the agreements

25   herein after set for, if any.  Signature reserved.
```

```
 1    APPEARANCES
 2
      REPRESENTING THE PLAINTIFF:
 3    BOB WHITEHURST, ESQ.
      WHITEHURST & WHITEHURST, ESQ.
 4    5380 OLD BULLARD ROAD
      SUITE 600, #363
 5    TYLER, TEXAS 75703
      TELEPHONE: (903)593-5588
 6    EMAIL: whitehurstlawfirm@yahoo.com
 7
      REPRESENTING THE PLAINTIFF:
 8    THEANNA BEZNEY, ESQ.
      FISHER PHILLIPS, LLP
 9    500 NORTH AKARD STREET
      SUITE 3550
10    DALLAS, TEXAS 75201
      TELEPHONE: (214)220-8325
11    EMAIL: tbezney@fisherphillips.com
12
      ALSO PRESENT:
13    MR. JASON WALTERS, PLAINTIFF
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1                          I N D E X

 2
    Appearances..............................        2
 3  WITNESS:  EARTIS SHAW
    Examination by Mr. Whitehurst........     4, 113
 4  Examination by Ms. Bezney............       100
    Acknowledgment.......................       142
 5  Court Reporter's Certificate.........       144

 6
                      PLAINTIFF'S EXHIBITS
 7

 8  NO.      DESCRIPTION                         PAGE

 9
    3      Text Messages                           37
10  4      Text Messages                           50

11
                 REQUEST TO PROVIDE INFORMATION
12

13  Email...................................      83

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1           P R O C E E D I N G S
2        THURSDAY, APRIL 13, 2023 - 11:25 A.M.
3              (REPORTER'S NOTE:  Names not spelled on
4              the record may be spelled phonetically.
5              Quotation marks may be used with
6              indirect, inexact quotes.)
7              THE COURT REPORTER:  We're on the
8  record.  This is the oral deposition of Eartis Shaw,
9  taken at Fisher Phillips in Dallas, Texas, on
10 April 13, 2023.  The time is 11:25 a.m.  My name is
11 Maribel Torres with Leigh & Associates.
12             Counsel, if you could please state your
13 appearances for the record before I swear him in.
14             MR. WHITEHURST:  Bob Whitehurst for
15 plaintiff.
16             MS. BEZNEY:  Theanna Bezney, Fisher
17 Phillips, for defendant, Exel.
18                    EARTIS SHAW,
19 having been duly administered the oath, testified as
20 follows:
21                    EXAMINATION
22 BY MR. WHITEHURST:
23     Q.   State your name for the record, please, sir.
24     A.   Eartis Ray Shaw.
25     Q.   And, sir, how are you employed?

```
 1        Q.   All right.  There's not a date -- are we
 2   looking at the same document, Mr. Shaw?
 3        A.   Yes.  This is the same document, yes, sir.
 4        Q.   That I'm looking at it right here.  Is that
 5   right, sir?
 6        A.   Arturo -- yes, sir.
 7        Q.   Okay.
 8             Who is Arturo Hernandez?
 9        A.   Arturo Hernandez was a material handler.
10        Q.   Still employed?
11        A.   No, sir.
12        Q.   Craig Scott?
13        A.   I actually have no idea who Craig Scott is.
14        Q.   Okay.  Dennis Hurst?
15        A.   No clue.
16        Q.   I'm sorry?
17        A.   No clue who Dennis Hurst is.
18        Q.   Arturo Hernandez?
19        A.   It's the same one as the beginning.
20        Q.   Austin Rodriguez?
21        A.   Agustin, yes, sir.  It's a material handler.
22        Q.   Okay.  Mr. Hernandez is still there?
23        A.   Arturo Hernandez?  No.
24        Q.   Okay.
25        A.   Agustin, yes.
```

1      Q.   And we don't know who Craig is.  We don't
2   know who Dennis is.
3      A.   Yeah, I do not know these people.
4      Q.   Mr. Rodriguez is not or is still there?
5      A.   Agustin is still there.
6      Q.   He is still there.
7              Jose Luis Gonzales?
8      A.   Yes, sir.
9      Q.   Still there?
10     A.   Yes, sir.
11     Q.   Jose F-u-q-u-a, at the --
12     A.   Josiah Fuqua.
13     Q.   Still there?
14     A.   Yes, sir.
15     Q.   Reese Hines?
16     A.   Don't know that name.
17     Q.   Don't know who that is?
18     A.   No, sir.
19     Q.   Okay.
20              Now, who is Bill Huhner?
21     A.   That was William Huhner.  That was the --
22  another supervisor for day shift.
23     Q.   Okay.  He was an operations supervisor,
24  also?
25     A.   Yes, sir.

1    ACKNOWLEDGMENT OF DEPONENT
2        I, EARTIS SHAW, do hereby certify that I have
3    read my oral deposition transcript taken on April 13,
4    2023, in Case 3:22-cv-01840-C, and that the same is a
5    correct transcription of the answers given by me to
6    the questions therein propounded, except for the
7    corrections or changes in form or substance, if any,
8    noted above.
9
10
11                                                    06/08/2023
12            [DEPONENT SIGNATURE]                    [DATE]

EARTIS SHAW - 4/13/2023

144

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
 2                      DALLAS DIVISION

 3   JASON WALTERS              )
                                )
 4   vs.                        )   CIVIL ACTION
                                )   3:22-cv-01840-C
 5                              )   JURY REQUESTED
     EXEL, INC. D/B/A           )
 6   DHL SUPPLY CHAIN           )

 7                  REPORTER'S CERTIFICATE
                ORAL DEPOSITION OF EARTIS SHAW
 8                 THURSDAY, APRIL 13, 2023

 9        I, MARIBEL TORRES, a Certified Shorthand Reporter
10   of the State of Texas, do hereby certify that the
11   foregoing proceedings were taken before me at the time
12   and place herein set forth; that any witness in the
13   foregoing proceedings, prior to testifying, was
14   administered an oath; that a record of the proceedings
15   was made by me using machine shorthand, which was
16   thereafter transcribed by me or under my direction;
17   that the foregoing transcript is a true record of the
18   testimony given.
19        I further certify that if the foregoing pertains
20   to the original transcript, that before the completion
21   of the proceedings, review of the transcript [ ] was
22   waived [ ] was not requested, [X] was requested.
23        I further certify I am neither financially
24   interested in the action nor a relative or employee of
25   any attorney or any party to this action.
```

LEIGH & ASSOCIATES COURT REPORTING AND VIDEO
(877) 790-3376     FAX (877) 790-3377

APP 008

1        IN WITNESS WHEREOF, I have this date, May 8,
2   2023, subscribed my name.

*Maribel Torres*
_____
Maribel Torres
Texas Certified Stenographer #8597
Expiration Date: 10/31/2023