# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JASON WALTERS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:22-cv-01840-K** |
| | § | |
| **EXEL, INC. D/B/A DHL SUPPLY CHAIN,** | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF CHANGE OF ADDRESS

The undersigned, counsel for Defendant Exel Inc. d/b/a DHL Supply Chain, files this Notice of Change of Address and hereby notifies the Court and all counsel of record that Fisher & Phillips LLP has moved. Effective immediately, the new firm address is as follows:

FISHER & PHILLIPS LLP
500 Crescent Court, Suite 300
Dallas, Texas 75201

DATED this 17th day of July, 2024.

Respectfully submitted,

/s/ Annie Lau
Annie Lau
Texas Bar No. 24057723
Liz Drumm
Texas Bar No. 24086949
FISHER & PHILLIPS LLP
500 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*alau@fisherphillips.com*
*ldrumm@fisherphillips.com*

**COUNSEL FOR DEFENDANT**
**EXEL INC. d/b/a DHL SUPPLY CHAIN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of July, 2024, I electronically filed the foregoing document with the Clerk of Court for the Northern District of Texas through the CM/ECF document filing system, which will send notification of the filing to all counsel of record.

                                      */s/ Annie Lau*
                                      Annie Lau