IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON WALTERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:22-CV-01840-K |
| | § | |
| EXEL, INC. d/b/a DHL SUPPLY CHAIN, | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

By Memorandum Opinion and Order dated July 24, 2024, the Court dismissed all of Plaintiff Jason Walters's claims against Defendant Exel, Inc. d/b/a DHL Supply Chain with prejudice.

Accordingly, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that all claims are **DISMISSED** with prejudice.  Each party will bear its own fees.

**SO ORDERED**.

Signed July 29th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE