**Veritext, LLC - Texas Region**
Tel. 817-336-3042 Email: calendar-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Arthur V. Lambert<br>Fisher & Phillips, LLP<br>500 N Akard St<br>Suite 3550<br>Dallas, TX, 75201 | | **Invoice #:** | **6530240** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **4/26/2023** |
| | | | **Balance Due:** | **$2,407.20** |

**Case:** Walters, Jason v. Exel, Inc. D/B/A DHL Supply Chain (3:22cv01840C)   **Proceeding Type: Depositions**

Job #: 5787736   |   Job Date: 4/11/2023   |   Delivery: Normal

Location:            Mineola, TX
Billing Atty:        Arthur V. Lambert
Scheduling Atty:     Theanna Bezney | Fisher & Phillips, LLP

| Witness: Jason Walters | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 267.00 | $5.60 | $1,495.20 |
| Transcript - Supplemental Surcharges* | 267.00 | $0.00 | $0.00 |
| Attendance - First Hour | 1.00 | $160.00 | $160.00 |
| Attendance - Add'l Hours | 5.50 | $45.00 | $247.50 |
| Exhibits | 230.00 | $0.55 | $126.50 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $62.00 | $62.00 |
| Conference Suite & Amenities | 1.00 | $225.00 | $225.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$2,407.20** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,407.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6530240
**Invoice Date:** 4/26/2023
**Balance Due:** $2,407.20

Pay by Credit Card: www.veritext.com

54831

**LEIGH & ASSOCIATES**
**COURT REPORTING AND VIDEO**
**911 WEST LOOP 281, SUITE 211-3**
**LONGVIEW, TEXAS 75604**
**(877) 790-3376  FAX (877) 790-3377**

# INVOICE

| | |
|---|---|
| INVOICE NO. : | 7013037 |
| INVOICE DATE: | 7/24/2023 |
| REPORTER: | Amanda Leigh, CSR, CLR, CCVS |

THEANNA BEZNEY, ESQ.
FISHER PHILLIPS, LLP
ATTN:  ACCOUNTS PAYABLE
500 N. AKARD ST., STE. 3550
DALLAS, TX 75201

ID#   75-2545169

WALTERS V. EXEL, INC. DBA DHL SUPPLY
CHAIN, CA NO. 3:22-CV-01840-C

| Date | Description | Amount |
|---|---|---|
| | CERTIFIED COPIES: | |
| 4/13/2023 | Eartis Shaw | 533.13 |
| 4/13/2023 | Adam Elliott | 304.13 |
| 4/13/2023 | Deneill Hooper | 270.25 |
| 4/13/2023 | Tammy Williams | 307.88 |
| 6/27/2023 | John Dobbins | 493.50 |
| 6/27/2023 | Mickey Moza | 389.50 |

** Due upon receipt **

Due and payable in
Gregg County, Texas

We accept Visa, Mastercard,
American Express, Check

Thank you for your business!

| | |
|---|---|
| **Sub Total** | 2,298.39 |
| **Paid** | 0.00 |
| **Balance Due** | 2,298.39 |

**Please remit payment to**
**911 West Loop 281, Suite 211, Longview, Texas 75604**

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
AMANDA J. LEIGH D/B/A

**2** Business name/disregarded entity name, if different from above
LEIGH & ASSOCIATES

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
911 WEST LOOP 281, SUITE 211

**6** City, state, and ZIP code
LONGVIEW, TEXAS 75604

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ – ☐☐ – ☐☐☐☐

**or**

Employer identification number
75 – 2545169

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Amanda J. Leigh*      Date ▶ 01/18/2023

Verified by pdfFiller 01/18/2023

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

   Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

   *If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)




# Criminal History Conviction Name Search

## Credit Purchase Receipt

Printed: 4/10/2023 8:49:41 AM (O:1278719, U:1318375)

For best experience, switch your mobile browser to desktop mode.

## Credit Purchase Receipt

| Quantity | Description | Cost |
|---|---|---|
| 1 | Search Credit for CCH Public | $3.00 |
|  | Agency Fee | $0.00 |
|  | Texas.gov Price | * **$3.32** |

| | |
|---|---|
| Trace Number | 405SP0000124310 |
| Purchase Date | 4/10/2023 |
| Purchased By | Hall,Gloria |
| Purchase Summary | Search Credit for CCH Public (Qty: 1): 3.00 |

* This service is provided by Texas.gov, the official website of Texas. The price of this service includes funds that support the ongoing operations and enhancements of Texas.gov, which is provided by a third party in partnership with the State.

Copyright © Texas Department of Public Safety. All rights reserved.
Privacy Policy · dps.texas.gov · texas.gov



# Criminal History Conviction Name Search
## Credit Purchase Receipt

Printed: 4/10/2023 8:56:05 AM (O:1278719, U:1318375)

For best experience, switch your mobile browser to desktop mode.

## Credit Purchase Receipt

| Quantity | Description | Cost |
|---|---|---|
| 1 | Search Credit for CCH Public | $3.00 |
|  | Agency Fee | $0.00 |
|  | Texas.gov Price | * **$3.32** |

| | |
|---|---|
| Trace Number | 405SP0000124314 |
| Purchase Date | 4/10/2023 |
| Purchased By | Hall,Gloria |
| Purchase Summary | Search Credit for CCH Public (Qty: 1): 3.00 |

* This service is provided by Texas.gov, the official website of Texas. The price of this service includes funds that support the ongoing operations and enhancements of Texas.gov, which is provided by a third party in partnership with the State.