IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JASON WALTERS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-01840-K |
| | § | |
| **EXEL, INC. D/B/A DHL SUPPLY CHAIN,** | § | |
| | § | |
| *Defendant*. | § | |

### DEFENDANT EXEL, INC. D/B/A DHL SUPPLY CHAIN'S UNOPPOSED MOTION TO WITHDRAW BILL OF COSTS

Defendant Exel, Inc. d/b/a DHL Supply Chain ("Defendant" or "Exel") files this Unopposed Motion to Withdraw Bill of Costs ("Motion").

1. Plaintiff Jason Walters' ("Plaintiff") claims against Exel, Inc. d/b/a DHL Supply Chain were dismissed with prejudice by the Court on July 24, 2024. (Doc. 73).

2. The Court entered its Final Judgment on July 29, 2024. (Doc. 75).

3. Defendant filed its Bill of Costs on August 12, 2024 (Doc. 76).

4. Plaintiff has not filed an appeal of the Final Judgment.

5. Defendant respectfully requests its Bill of Costs, filed on August 12, 2024 be withdrawn.

6. Defendant makes such request not for purposes of delay, but so that justice may be done.

For the forgoing reasons, Defendant prays that the Court grant its Unopposed Motion to Withdraw Bill of Costs.

Dated this 29th day of August, 2024.

Respectfully Submitted,

*/s/ Annie Lau*
Annie Lau
Texas Bar No. 24057723
FISHER & PHILLIPS LLP
500 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*alau@fisherphillips.com*

**COUNSEL FOR DEFENDANT**
**EXEL INC. d/b/a DHL SUPPLY CHAIN**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that I conferred with Bob Whitehurst, counsel of record for Plaintiff, by email regarding the relief requested herein. Mr. Whitehurst advised Plaintiff does not oppose Defendant's Motion.

*/s/ Annie Lau*
Annie Lau

## CERTIFICATE OF SERVICE

On August 29, 2024, served the document on all counsel of record by a manner authorized by FED. R. CIV. P. 5 (b)(2).

Bob Whitehurst
5380 Old Bullard Road, Suite 600, #363
Tyler, TX 75703
*whitehurstlawfirm@yahoo.com*

Donald E. Uloth
LAW OFFICE OF DONALD E. ULOTH
18208 Preston Road, Suite D-9 #261
Dallas, TX 75252
*don.uloth@uloth.pro*

*/s/ Annie Lau*
Annie Lau